

November 19, 2015

**OFFICE OF APPELLATE COURTS**

STATE OF MINNESOTA

IN SUPREME COURT

A14-0504

In re Petition for Disciplinary Action against
Matthew Harvey Jones,
a Minnesota Attorney, Registration No. 0286412.

## ORDER

The Director of the Office of Lawyers Professional Responsibility has filed an amended and supplementary petition for disciplinary action alleging that respondent Matthew Harvey Jones committed professional misconduct warranting public discipline—namely, engaging in a pattern of neglect, inadequate client communication, failing to deposit client funds in trust, failing to promptly account for and return client property, sending false and misleading solicitations, making false statements to clients, failing to enter into appropriate written fee agreements, failing to deposit advance retainers into a trust account, failing to supervise nonlawyer assistants, sharing legal fees with a nonlawyer, knowingly depositing an insufficient funds instrument into his trust account resulting in an overdraft in the account, and failing to cooperate with the disciplinary system. *See* Minn. R. Prof. Conduct 1.3, 1.4, 1.4(a)(3), (a)(4), and (b), 1.5(b)(1) and (3), 1.15(a), (c)(3), (c)(4), and (c)(5), 1.16(d), 5.3(b) and (c), 5.4(a), 7.1, 7.3(b)(1) and (c), 8.1(b), and 8.4(c), and Rule 25, Rules on Lawyers Professional Responsibility (RLPR).

1

Respondent waives his rights under Rule 14, RLPR, withdraws his previously filed answer, unconditionally admits the allegations in the amended and supplementary petition, and with the Director recommends that the appropriate discipline is an indefinite suspension with no right to petition for reinstatement for 12 months.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Matthew Harvey Jones is indefinitely suspended from the practice of law, effective 14 days from the date of the filing of this order, with no right to petition for reinstatement for 1 year.

2. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

3. Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the professional responsibility portion of the state bar examination and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR.

Dated: November 19, 2015        BY THE COURT:

David R. Stras
Associate Justice

2